UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x

MOHAMED MONASAR, GABRIELLE WALLS,
GABRIEL ABREU, JESUS HERNANDEZ
TORRES, LUIS MARTINEZ, BRANDON
ROMAN, and OSAMA ALI, on behalf of himself and others
similarly situated

                               Plaintiffs,

               -against-

THE CITY OF NEW YORK, TARGET
CORPORATION, THE NEW YORK TIMES
COMPANY, BURLINGTON COAT FACTORY
WAREHOUSE CORP., Bj's WHOLESALE CLUB
INC., SAM ASH MUSIC CORPORATION, THE
TJX COMPANIES, LLC D/B/A MARSHALLS,
180 MAIDEN LANE, LLC , SHOP-RITE
SUPERMARKETS, INC., and BARCLAYS BANK
PLC AKA BARCLAYS BANK DELAWARE and
BNOS BAIS YAAKOV OF FAR ROCKAWAY,

                               Defendants.

------------------------------------------------- x

**NOTICE OF CONSENT TO
REMOVAL**

Case No.:

        PLEASE TAKE NOTICE that Defendant Barclays Bank PLC, by and through its

attorneys, Epstein Becker and Green, P.C., hereby provide its written consent to remove this action

to the United States District Court for the Southern District of New York, and specifically consents

to the Notice of Removal filed by the City of New York in this matter.


Dated: New York, New York
      February 13, 2025


                            **EPSTEIN BECKER & GREEN, P.C.**
                            Attorneys for Defendant Barclays Bank PLC
                            By: Victoria Sloan Lin
                            875 Third Avenue
                            New York, NY 10022
                            Phone: (212) 351-4844


                By:    */s/ Victoria Sloan Lin*
                          Victoria Sloan Lin, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MOHAMED MONASAR, GABRIELLE WALLS,
GABRIEL ABREU, JESUS HERNANDEZ
TORRES, LUIS MARTINEZ, BRANDON
ROMAN, and OSAMA ALI, on behalf of himself and others
similarly situated

**NOTICE OF CONSENT TO REMOVAL**

Plaintiffs,    Case No.:

-against-

THE CITY OF NEW YORK, TARGET
CORPORATION, THE NEW YORK TIMES
COMPANY, BURLINGTON COAT FACTORY
WAREHOUSE CORP., Bj's WHOLESALE CLUB
INC., SAM ASH MUSIC CORPORATION, THE
TJX COMPANIES, LLC D/B/A MARSHALLS,
180 MAIDEN LANE, LLC , SHOP-RITE
SUPERMARKETS, INC., and BARCLAYS BANK
PLC AKA BARCLAYS BANK DELAWARE and
BNOS BAIS YAAKOV OF FAR ROCKAWAY,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that Defendant Burlington Coat Factory Warehouse

Corporation, by and through its attorneys, Epstein Becker and Green, P.C., hereby provides its

consent to remove this action to United States District Court for the Southern District of New York,

and specifically consents to the Notice of Removal filed by the City of New York in this matter.

Dated: New York, New York
       February 13, 2025

                    **EPSTEIN BECKER & GREEN, P.C.**
                    *Attorneys for Defendant Burlington Coat*
                    *Factory Warehouse Corporation*
                    875 Third Avenue
                    New York, New York 10022
                    Phone: 212-351-4527

            By:  /s/ *Adriana S. Kosovych*
                    Adriana S. Kosovych

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x

MOHAMED MONASAR, GABRIELLE WALLS,
GABRIEL ABREU, JESUS HERNANDEZ
TORRES, LUIS MARTINEZ, BRANDON
ROMAN, and OSAMA ALI, on behalf of himself and others
similarly situated

                        Plaintiffs,

               -against-

THE CITY OF NEW YORK, TARGET
CORPORATION, THE NEW YORK TIMES
COMPANY, BURLINGTON COAT FACTORY
WAREHOUSE CORP., Bj's WHOLESALE CLUB
INC., SAM ASH MUSIC CORPORATION, THE
TJX COMPANIES, LLC D/B/A MARSHALLS,
180 MAIDEN LANE, LLC , SHOP-RITE
SUPERMARKETS, INC., and BARCLAYS BANK
PLC AKA BARCLAYS BANK DELAWARE and
BNOS BAIS YAAKOV OF FAR ROCKAWAY,

                        Defendants.
------------------------------------------------- x

**NOTICE OF CONSENT TO REMOVAL**

Case No.:

      PLEASE TAKE NOTICE that Defendant Target Corporation, by and through its

attorneys, Morgan, Lewis & Bockius, LLP, hereby provide its written consent to remove this action

to the United States District Court for the Southern District of New York, and specifically consents

to the Notice of Removal filed by the City of New York in this matter.

Dated: New York, New York
      February 13, 2025

                  **MORGAN, LEWIS & BOCKIUS LLP**

                  By: _____
                  Melissa Rodriguez
                  John P. Guyette
                  101 Park Avenue
                  New York, NY 10178
                  Tel.: (202) 309-6000
                  melissa.rodriguez@morganlewis.com
                  john.guyette@morganlewis.com

                  *Attorneys for Target Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MOHAMED MONASAR, GABRIELLE WALLS, GABRIEL ABREU, JESUS HERNANDEZ TORRES, LUIS MARTINEZ, BRANDON ROMAN, and OSAMA ALI, all on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK, TARGET CORPORATION, THE NEW YORK TIMES COMPANY, BURLINGTON COAT FACTORY WAREHOUSE CORP., BJs WHOLESALE CLUB INC., SAM ASH MUSIC CORPORATION, THE TJX COMPANIES, LLC D/B/A MARSHALLS, 180 MAIDEN LANE, LLC, SHOP-RITE SUPERMARKETS, INC., and BARCLAYS BANK PLC AKA BARCLAYS BANK DELAWARE, and BNOS BAIS YAAKOV OF FAR ROCKAWAY,<br><br>Defendants. | Case No.<br><br>NOTICE OF CONSENT TO REMOVAL |

PLEASE TAKE NOTICE that Defendant BJ's Wholesale Club, Inc. ("BJ's"), by and through its attorneys, Hunton Andrews Kurth LLP, hereby provides its written consent to remove this action to the United States District Court for the Southern District of New York, and specifically consents to the Notice of Removal filed by the City of New York in this matter. [1]

DATED: February 14, 2025

Respectfully submitted,

/s/ Christopher M. Pardo
Christopher M. Pardo
HUNTON ANDREWS KURTH LLP
60 State Street, Suite 2400
Boston, Massachusetts 02109
Tel: (617) 648-2800
Fax: (617) 433-5022

James J. La Rocca
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, New York 10016
Tel: (212) 309-1000
Fax: (212) 309-1100

---

[1] The Complaint improperly refers to BJ's as "Bj's Wholesale Club Inc."

jlarocca@hunton.com                              cpardo@hunton.com
*Attorneys for Defendant*                        *Attorneys for Defendant*
*BJ's Wholesale Club, Inc.*                       *BJ's Wholesale Club, Inc.*