# Morgan Lewis

**Melissa C. Rodriguez**
Partner
+1.212.309.6394
melissa.rodriguez@morganlewis.com

February 25, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 1620
New York, NY 1007-1312

Re:     <u>Monasar et al. v. City of New York et al.</u>, 1:25-cv-01337

Dear Judge Liman:

Our firm represents Target Corporation ("Target") in the above-referenced action. We write to indicate our consent to Defendant BJ's Wholesale Club, Inc.'s request to adjourn the initial pretrial conference. *See* Dkt. 26.

Respectfully submitted,

/s/ Melissa C. Rodriguez

Melissa C. Rodriguez

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060           T +1.212.309.6000
United States                                   F +1.212.309.6001