

**Littler Mendelson, P.C.**
900 Third Avenue
New York, New York 10022.3298


Eli Z. Freedberg
Shareholder
212.583.2685 direct
212.583.9600 main
212.954.5011 fax
efreedberg@littler.com

February 25, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007-1312


Re:     Monasar et al. v. City of New York et al., 1:25-cv-01337

Dear Judge Liman:

Our firm represents The New York Times Company in the above-referenced action. We write to indicate our consent to Defendant BJ's Wholesale Club, Inc.'s request to adjourn the initial pretrial conference. *See* Dkt. 26.


Respectfully submitted,


*/s/ Eli Z. Freedberg*


Eli Z. Freedberg